**Keith A. NOE, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28160.**

Court of Criminal Appeals of Texas.

Feb. 22, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Theft of property of the value of $50 or over is the offense; the punishment, two years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.